000516
CO.  FILE  DEPT.  CLOCK NUMBER  581
51E  009477         0080080466  1

**CCW DEVELOPMENT II LLC**
**1585 CRATER LAKE DR NW**
**KENNESAW, GA 30152**

**Earnings Statement**

ADP

Period Beginning:  07/24/2021
Period Ending:     07/30/2021
Pay Date:          08/06/2021

ERIC STARK
119 DIAMOND RIDGE AVENUE
CANTON GA 30114

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 40.00 | 480.00 | 480.00 |
| Overtime | 18.0000 | 1.30 | 23.40 | 23.40 |
| Gross Pay | | | $503.40 | 503.40 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -27.62 | 27.62 |
| | Social Security Tax | -31.21 | 31.21 |
| | Medicare Tax | -7.30 | 7.30 |
| | GA State Income Tax | -20.54 | 20.54 |
| Net Pay | | | $416.73 |
| Net Check | | | $416.73 |

Your federal taxable wages this period are $503.40
Your GA taxable wages this period are $503.40

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 41.30 | |

**Important Notes**
ADP TotalSource, Inc., A Professional Employer Organization
10200 Sunset Drive, Miami, FL-33173
1-844-448-0325

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  GA:              Single
Exemptions/Allowances:
  GA:              0

© 1998, 2006. ADP, Inc. All Rights Reserved.

TEAR HERE

© 2000 ADP, LLC

CO. FILE  DEPT.  CLOCK  NUMBER  581
51E  009477
SEQ 000527

**CCW DEVELOPMENT II LLC**
1585 CRATER LAKE DR NW
KENNESAW, GA 30152

**Earnings Statement**

Period Beginning: 07/31/2021
Period Ending: 08/06/2021
Pay Date: 08/13/2021

ADP

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

ERIC STARK
119 DIAMOND RIDGE AVENUE
CANTON GA 30114

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 40.00 | 480.00 | 960.00 |
| Overtime | 18.4055 | 1.43 | 26.32 | 49.72 |
| Commission | | | 33.57 | 33.57 |
| **Gross Pay** | | | **$539.89** | 1,043.29 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -31.99 | 59.61 |
| | Social Security Tax | -33.47 | 64.68 |
| | Medicare Tax | -7.83 | 15.13 |
| | GA State Income Tax | -22.64 | 43.18 |
| **Net Pay** | | | **$443.96** |
| **Net Check** | | | **$443.96** |

Your federal taxable wages this period are $539.89
Your GA taxable wages this period are $539.89

**Other Benefits and Information** | this period | total to date
Toll Hrs Worked | 41.43 |

**Important Notes**
ADP TotalSource, Inc., A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  GA:  Single
Exemptions/Allowances:
  GA:  0

©1998, 2006, ADP, Inc. All Rights Reserved.

TEAR HERE

| CO. | FILE | DEPT. | CLOCK | NUMBER | 581 |
|---|---|---|---|---|---|
| 51E | 009477 | | | 0080081455 | |

SEQ 000565

CCW DEVELOPMENT II LLC
1585 CRATER LAKE DR NW
KENNESAW, GA 30152

# Earnings Statement

ADP

Period Beginning: 08/07/2021
Period Ending: 08/13/2021
Pay Date: 08/20/2021

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

ERIC STARK
119 DIAMOND RIDGE AVENUE
CANTON GA 30114

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 40.00 | 480.00 | 1,440.00 |
| Overtime | 19.6757 | 2.93 | 57.65 | 107.37 |
| Commission | | | 17.48 | 51.05 |
| Unlmt WshCom | | | 14.00 | 14.00 |
| Wash Pkg Cm | | | 112.33 | 112.33 |
| **Gross Pay** | | | **$681.46** | 1,724.75 |

## Deductions

**Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -48.98 | 108.59 |
| Social Security Tax | -42.25 | 106.93 |
| Medicare Tax | -9.88 | 25.01 |
| GA State Income Tax | -30.78 | 73.96 |
| **Net Pay** | **$549.57** | |
| **Net Check** | **$549.57** | |

Your federal taxable wages this period are $681.46
Your GA taxable wages this period are $681.46

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 42.93 | |

## Important Notes

ADP TotalSource, Inc., A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: HOURLY

## Additional Tax Withholding Information

Taxable Marital Status:
  GA:       Single
Exemptions/Allowances:
  GA:       0

©1998, 2006. ADP, Inc. All Rights Reserved.

▼ TEAR HERE

# Earnings Statement

**ADP**

| | |
|---|---|
| Period Beginning: | 08/14/2021 |
| Period Ending: | 08/20/2021 |
| Pay Date: | 08/27/2021 |

ERIC STARK
119 DIAMOND RIDGE AVENUE
CANTON GA 30114

| CO. | FILE | DEPT. | CLOCK NUMBER | |
|---|---|---|---|---|
| 51E | 009477 | | 0080081961 | 581 |

CCW DEVELOPMENT II LLC  SEQ 000529
1585 CRATER LAKE DR NW
KENNESAW, GA 30152

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 36.12 | 433.44 | 1,873.44 |
| Unlmt WshCom | | | | 18.00 |
| Wash Pkg Cm | | | 4.00 | 307.87 |
| Overtime | | | 195.54 | 107.37 |
| Commission | | | | 51.05 |
| **Gross Pay** | | | **$632.98** | **2,357.73** |

## Deductions

| Statutory | | |
|---|---|---|
| Federal Income Tax | -43.16 | 151.75 |
| Social Security Tax | -39.25 | 146.18 |
| Medicare Tax | -9.18 | 34.19 |
| GA State Income Tax | -27.99 | 101.95 |
| **Net Pay** | **$513.40** | |
| **Net Check** | **$513.40** | |

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | | 36.12 |

## Important Notes

ADP TotalSource, Inc., A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: HOURLY

## Additional Tax Withholding Information

Taxable Marital Status:
GA:  Single
Exemptions/Allowances:
GA:  0

Your federal taxable wages this period are $632.98
Your GA taxable wages this period are $632.98

| CO. | FILE | DEPT. | CLOCK | NUMBER | 581 |
|---|---|---|---|---|---|
| 51E | 009477 | | 00800824233 | | |
| | | SEQ | 000500 | | |

**Earnings Statement** ADP

CCW DEVELOPMENT II LLC
1585 CRATER LAKE DR NW
KENNESAW, GA 30152

Period Beginning: 08/21/2021
Period Ending: 08/27/2021
Pay Date: 09/03/2021

ERIC STARK
119 DIAMOND RIDGE AVENUE
CANTON GA 30114

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 38.22 | 458.64 | 2,332.08 |
| Commission | | | 12.59 | 63.64 |
| Unlmt WshCom | | | 14.00 | 32.00 |
| Wash Pkg Cm | | | 155.21 | 463.08 |
| Overtime | | | | 107.37 |
| **Gross Pay** | | | **$640.44** | 2,998.17 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -44.06 | 195.81 |
| | Social Security Tax | -39.71 | 185.89 |
| | Medicare Tax | -9.28 | 43.47 |
| | GA State Income Tax | -28.42 | 130.37 |
| **Net Pay** | | | **$518.97** |
| **Net Check** | | | **$518.97** |

Your federal taxable wages this period are $640.44
Your GA taxable wages this period are $640.44

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 38.22 | |

**Important Notes**

ADP TotalSource, Inc., A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  GA:    Single
Exemptions/Allowances:
  GA:    0

© 2000 ADP, LLC

United States Bankruptcy Court
Northern District of Georgia, Atlanta Division

In re   **Stark, Eric Paul**                                Case No.
            Debtor                                          Chapter   7

STATEMENT REGARDING PAY STUBS (11 U.S.C. §521(a)(1))

I, the undersigned debtor, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case:

[ ]   I am unemployed; or

[ ]   I am self-employed; or

[ ]   My employer did not provide pay stubs.

[X]   Other
       The paystubs filed in this case are all the paystubs received from an employer.


Date:   September 4, 2021                  /s/ Eric Paul Stark
                                           Eric Paul Stark
                                           Debtor